UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MARK NIEBUHR and DONNA NIEBUHR, individually,<br><br>Plaintiffs,<br><br>v.<br><br>XANODYNE PHARMACEUTICALS, INC., a Kentucky Corporation,<br><br>Defendant. | CASE NO. 2:11-CV-01498-FCD-EFB<br><br>**ORDER STAYING ALL FURTHER PROCEEDINGS UNTIL AFTER THE RESOLUTION OF THE MOTION TO TRANSFER PENDING BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**<br><br>[Stipulation and Request for Order Staying All Further Proceedings Filed Concurrently Herewith]<br><br>Complaint Fled: April 19, 2011 |

Pursuant to the parties joint Request and stipulation, IT IS HEREBY ORDERED THAT:

1. All dates and obligations of the parties in the June 2, 2011 Court Order Requiring a Joint Status are hereby vacated pending the JPML Court's decision on the pending Motion to transfer pursuant to 28 U.S.C. §1407 for Coordinated or Consolidated Pretrial Proceedings, which is set to be heard on July 28, 2011.  If the Motion to Transfer is denied, the June 2, 2011 Court Order and its attendant obligations are reinstated and will run from the date that the parties receive the notice of denial.

2. Xanodyne's time to answer, move, or otherwise respond to the complaint in this action is hereby extended to (20) days from the docketing of the case in the transferee court, or as otherwise ordered by the transferee court.  Alternatively, if the Motion to Transfer is denied, then the time for Xanodyne to answer, move, or otherwise respond to the complaint in this action is hereby extended to twenty (20) days from the date of the order denying the Motion to Transfer.

DATED:   June 13, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE